JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOBRON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No:   8:24-cv-00127-FWS-DFM<br><br>[*Removed from Orange County Superior Court Case No: 30-2023-01367413-CU-WT-WJC*]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   December 13, 2023<br>Trial Date:   March 11, 2025 |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 12, 2024

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT JUDGE